UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

R. FRANCIS DiPRETE, )
Plaintiff )
)
v. )  C.A.NO.: 1:22-cv-00408
)
SELENE FINANCE, LP, and )
BENDETT & McHUGH, P.C., et al. )
Defendants )

FILED
2022 NOV 28 P 3: 10
US DISTRICT COURT
DISTRICT OF RHODE ISLAND

## NOTICE OF DISMISSAL:

I. **RECITALS:**

1. The Plaintiff's Motion for Injunctive Relief filed on October 20, 2022 in conjunction with his Complaint in the instant action was granted.

2. The Defendants are now on notice that they failed to comply with the requirements of Rhode Island General Laws § 34-27-3-2, et alia, prior to initiating foreclosure procedures.

3. The Plaintiff stands confident that the Parties will enter into Mediation, as legally required, in a timely manner.

II. **STATEMENT OF DISMISSAL:**

Plaintiff, R. Francis DiPrete, hereby dismisses his action pursuant to Federal Rules of Civil Procedure§41 (a)(1).

Respectfully submitted,

R. Francis DiPrete
Pro se

255 Ide Road
Scituate, RI  02857

Tel.:    401.265.0310
Email:   rfdlawr@aol.com

1

## CERTIFICATION:

I, R. Francis DiPrete, Plaintiff, hereby certify that on November 22, 2022, I transmitted a copy of the foregoing document to the following parties:

Rowdy M. Cloud, Esq., Bendett & McHugh.  rcloud@bmpc-law.com

Shanna M. Boughton, Esq., McGlinchey Stafford.  sboughton@mcglinchey.com

Marisa Roman, Esq., McGlinchey Stafford.  mroman@mcglinchey.com

R. Francis DiPrete